UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
CLERK OF COURT
FEDERAL BUILDING, U.S. COURTHOUSE
222 W. 7TH AVENUE, #4
ANCHORAGE, ALASKA 99513-7564

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

ALASKAN FRONTIER 995
17 JAN 2025 PM

FIRST-CLASS MAIL
IMI
$000.97
01/17/2025 ZIP 99513
043M31245980

RECEIVED
JAN 28 2025
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Return to Sender
Date: 1/21/25

Samson Slade Costigan 699490
Anchorage Correctional Complex East
Anchorage, AK 99501

I/M NO LONGER HERE
RETURN TO SENDER



NIXIE    995    DC 1    0001/26/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 99513750404    *1989-03571-26-31

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

_____,

       Plaintiff/Petitioner,

vs.

_____,

et al.,

       Defendant(s)/Respondent.

Case No. _____

## NOTICE OF CHANGE OF ADDRESS

I, _____,

have a new address as of the following date: _____.

My current address is now the following:

_____  _____

_____  _____

*[Handwritten sticky note: "Please update mailing address when you are moved to a new facility."]*

My current phone _____

Date: _____

I hereby certify that a copy of the above Notice to the Court was served upon

_____ by _____ at
(Name of opposing party/counsel, if already served with summons)   (Mail/fax/hand-delivery)

_____ on _____.
(Address)                                              (Date)

_____
(Signature)

PS23 – Notice of Change of Address (4/15)
Case 3:24-cv-00038-SEG   Document 15   Filed 01/28/25   Page 3 of 5

**Motions**

[3:24-cv-00038-SLG Costigan v. Lawrence](#)

## U.S. District Court

## United States District Court for the District of Alaska

**Notice of Electronic Filing**

The following transaction was entered on 1/17/2025 at 1:43 PM AST and filed on 1/17/2025
**Case Name:** Costigan v. Lawrence
**Case Number:** [3:24-cv-00038-SLG](#)
**Filer:** Samson Slade Costigan
**Document Number:** [14](#)

**Docket Text:**
**MOTION for delay of proceedings by Samson Slade Costigan.(PXS, COURT STAFF)**

**3:24-cv-00038-SLG Notice has been electronically mailed to:**

Christopher William Yandel    chris.yandel@alaska.gov, ashleigh.radvansky@alaska.gov, cassidy.white@alaska.gov, gracie.swain@alaska.gov, josie.houser@alaska.gov, reif.andrews@alaska.gov, sabrina.stanley@alaska.gov

**3:24-cv-00038-SLG Notice has been delivered by other means to:**

Samson Slade Costigan
699490
Anchorage Correctional Complex East
1400 East 4th Avenue
Anchorage, AK 99501

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=1/17/2025] [FileNumber=2656114-0
] [0ff8a89e6040771f0a603ad47322e6e166c679579417e07b7f7280666224256fedf
002c871cb071cb3c547c4f9bb85ab2a0c216062981b658c817dec34425851]]