IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON SLADE COSTIGAN,<br><br>                Plaintiff,<br><br>       v.<br><br>ROBERT LAWRENCE,<br><br>                Defendant. | Case No. 3:24-cv-00038-SLG |

**ORDER RE RETURNED MAIL**

On January 17, 2025, self-represented litigant Samson Slade Costigan ("Plaintiff") filed a motion to delay this case indicating that he was pending transfer from the Alaska Department of Corrections to the Federal Bureau of Prisons.[1] On January 28, 2025, the Court received the Notice of Electronic Filing and form PS 23, Notice of Change of Address, that the Clerk's office had tried to mail to Mr. Costigan, back from DOC as undeliverable.[2] On February 16, 2025, the Court granted Plaintiff's motion for delay of proceedings and amended the filing deadlines in this case.[3] Court staff overlooked the address provided in Plaintiff's January motion, presumably since it was not provided on the Court's change of address form, so that order was also returned by DOC as undeliverable to Mr.

---

[1] Docket 14.
[2] Docket 15.
[3] Docket 16.

Costigan on March 6, 2025.[4] Because the BOP's inmate locator showed Plaintiff was detained at Federal Detention Center ("FDC") SeaTac at that time, the Court updated Plaintiff's address to FDC SeaTac.

Then, on March 14, 2025, the Clerk mailed a copy of the returned order to Plaintiff at the FDC SeaTac and to the address Plaintiff had provided in his motion at Docket 14. However, because a litigant can only have one address attached to his case file, the Clerk mailed a copy of the Order to Collect the Filing Fee to Plaintiff at FDC SeaTac,[5] and it was returned as undeliverable on May 28, 2025.[6]

The BOP inmate locator shows that Plaintiff is now detained at FCI Victorville and can receive mail at:

Register Number: 74298-510
FCI Victorville Medium I
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 3725
ADELANTO, CA 92301

Therefore, the Court will send a copy of the returned order to Plaintiff at FCI Victorville and to the address provided in his motion at Docket 14:

1731 Thuja Ave, Unit A
Anchorage, AK 99507

However, going forward the Court will only mail documents to one address and will not send copies of documents to multiple addresses. Therefore, within 30

---

[4] Docket 17.

[5] Docket 18.

[6] Docket 19.

Case No. 3:24-cv-00038-SLG, *Costigan v. Lawrence*
Order re Returned Mail
Page 2 of 3

days of the date of this order, Plaintiff must complete form PS 23, Notice of Change of Address, indicating his one preferred mailing address.

IT IS THEREFORE ORDERED:

1. Within **30 days of the date of this order**, Plaintiff must file form PS23, Notice of Change of Address indicating which address the Court should use for future mailings to Plaintiff.

2. With this order, the Clerk is directed to send: (1) a copy of the order at Docket 16; (2) a copy of the Order to Collect the Filing Fee at Docket 18; and (3) form PS23, Notice of Change of Address.

3. The Clerk is directed to mail this order and attachments to Plaintiff at both FCI Victorville and the Anchorage address included above.

DATED this 5th day of June, 2025, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
SHARON L. GLEASON
UNITED STATES DISTRICT JUDGE

Case No. 3:24-cv-00038-SLG, *Costigan v. Lawrence*
Order re Returned Mail
Page 3 of 3
Case 3:24-cv-00038-SLG    Document 20    Filed 06/05/25    Page 3 of 3